

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00073-CR

RICHARD VASQUEZ, Appellant

§   On Appeal from Criminal District Court No. 4

§   of Tarrant County (1833898)

V.

§   May 22, 2025

§   Memorandum Opinion by Chief Justice Sudderth

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
       Chief Justice Bonnie Sudderth